■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD McKIS-SICK, Appellant. — Judgment, Supreme Court, Bronx County (Loguen, J.), rendered on June 5, 1980, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Kupferman, J. P., Sandler, Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JUAN SANTIAGO, Appellant. — Motion for reargument granted and the order of this court entered on November 6, 1980 [78 AD2d 1019] vacated, appellant's supplemental brief accepted for consideration upon the appeal, respondent's time to respond thereto extended to 45 days from the date of entry of this court's order, and determination of defendant-appellant's appeal from the judgment of the Supreme Court, Bronx County, rendered on November 29, 1977, held in abeyance until such time. Concur — Murphy, P. J., Fein, Ross, Bloom and Carro, JJ.

■ PUBLIC ADMINISTRATOR, as Administrator De Bonis Non of the Estate of LAM KWEI SHI, Deceased, v CITY OF NEW YORK et al. — Motion for reargument denied for untimeliness (Rules of App Div, 1st Dept; 22 NYCRR 600.14 [a]), with $20 costs. Concur — Sullivan, J. P., Markewich, Bloom and Fein, JJ.

# (September 24, 1981)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS RUIZ, Appellant. — Judgment, Supreme Court, Bronx County (Bernstein, J.), rendered on July 1, 1980, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Sandler, J. P., Sullivan, Ross, Carro and Bloom, JJ.

■ CHINATOWN DAY CARE CENTER, INC., Appellant, v CITY OF NEW YORK, Respondent. — Judgment, Supreme Court, New York County (Stone, J.), entered on September 4, 1980, unanimously affirmed, without costs and without disbursements, for the reasons stated by Stone, J., at Trial Term. Concur — Sullivan, J. P., Ross, Lupiano and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE JOHNSON, Appellant. — Judgment, Supreme Court, New York County (Rothwax, J.), rendered on July 6, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Lupiano and Lynch, JJ.